IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EFRAIN ORTIZ,

    Plaintiff,

v.

PHELAN HALLINAN DIAMOND & JONES, LLP,
f/k/a PHELAN HALLINAN, LLP, FEDERAL
NATIONAL MORTGAGE ASSOCIATION,
MATTHEW G. BRUSHWOOD, ESQ.,
JPMORGAN CHASE, NATIONAL ASSOCIATION
SUCCESSOR BY CHASE HOME FINANCE, and
JONATHAN LOBB, ESQ.,

    Defendants.

CIVIL ACTION
NO. 16-4826

**AND NOW**, this 11th day of May, 2017, upon review of Defendants' Motion to Dismiss (Docket No. 5), memorandum of law in support, and Plaintiff's failure to file an opposition thereto, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 5) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** with prejudice as to Defendants, Phelan Hallinan Diamond & Jones, f/k/a Phelan Hallinan, LLP, Matthew G. Brushwood, Esq., and Jonathan Lobb, Esq;

3. Plaintiff's Complaint is **DISMISSED** without prejudice as to the remaining defendants due to Plaintiff's failure to timely serve the Complaint and summonses upon said defendants; and

4. The Clerk of Court is directed to close this matter.

                          **BY THE COURT:**

                          **/s/ Jeffrey L. Schmehl**
                          **Jeffrey L. Schmehl, J.**